```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| GERALDINE ANDERSON,<br><br>                Plaintiff,<br><br>     vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | NO. CV-08-186-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR DISMISSAL |

Upon the Joint Motion and Stipulation for Dismissal of the parties,

**IT IS ORDERED** that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiff and to counsel for Defendant.

DATED April 20, 2010.


                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1